IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GLENN GREEN                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO. 5:03cv533-KS-JMR

MEDIA GENERAL OPERATIONS, INC.
D/B/A/ WJTV                                                                                       DEFENDANT

## **JUDGMENT**

This cause having come on for hearing before the Court on Motion of Defendant Media General Operations, Inc. d/b/a WJTV ("WJTV") for Summary Judgment, and the issues having been duly heard and a decision having been duly rendered by separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That WJTV's Motion for Summary Judgment is GRANTED, and Plaintiff's Complaint against it is DISMISSED, and

That any other pending motions are dismissed as moot.

SO ORDERED AND ADJUDGED this the 27th day of June, 2006.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE